## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD RAGER,** | : | **CIVIL ACTION NO. 3:15-CV-2119** |
| | : | |
| **Plaintiff** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **CHCA MATALONI, D. O'BRIEN,** | : | |
| **DR. GUSTITUS,** | : | |
| | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## <u>ORDER</u>

AND NOW, to wit, this 7th day of September 2016, upon consideration of

defendants' motions (Docs. 18, 20) to dismiss plaintiff's complaint pursuant to Federal

Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Court's

Memorandum of this date, it is hereby ORDERED that:

1. Defendants' motions (Docs. 18, 20) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) are GRANTED.  Plaintiff's complaint is DISMISSED in its entirety.

2. All other pending motions (Docs. 26, 30, 33, 35) are DENIED.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3).

**BY THE COURT:**

<u>s/James M. Munley</u>
**JUDGE JAMES M. MUNLEY**
**United States District Court**